Jimmy KUANG, Plaintiff-Appellant,

v.

BEL AIR MART, a California corporation and Does, 1 to 50, inclusive, Defendants-Appellees.

No. 16-16956

United States Court of Appeals, Ninth Circuit.

Argued and Submitted December 4, 2017 San Francisco, California

Filed December 08, 2017

Douglas A. Applegate, Attorney, George M. Lee, Seiler Epstein Ziegler & Applegate, San Francisco, CA, for Plaintiff-Appellant

Lindsay Goulding, Derek Haynes, Colleen Howard, Attorney, Porter Scott, Sacramento, CA, for Defendant-Appellee

Before: M. SMITH and IKUTA, Circuit Judges, and BATES,* Senior District Judge.

MEMORANDUM **

Jimmy Kuang appeals the district court's order granting Bel Air Mart's motion for summary judgment. We have jurisdiction under 28 U.S.C. § 1291.

Even if Kuang's declaration and attachments were admissible, the district court did not err in dismissing Kuang's claim for breach of the Collective Bargaining Agreement (CBA), because Kuang failed to ex-

haust the grievance procedures required by the CBA. *See Vaca v. Sipes*, 386 U.S. 171, 184, 87 S.Ct. 903, 17 L.Ed.2d 842 (1967). Because Kuang informed the district court, both orally and in his written submissions, that he waived the argument that his failure to exhaust was excused due to the union's breach of its duty of fair representation, this argument is waived on appeal and we do not reach it. *See Blaisdell v. Frappiea*, 729 F.3d 1237, 1241–42 (9th Cir. 2013). Because Kuang waived his hybrid claim, we do not reach his remaining arguments.

**AFFIRMED.**

---

* The Honorable John D. Bates, Senior United States District Judge for the District of Columbia, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.